UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA KELLIER,

                Plaintiff,

      -against-

MR. NEIL ROSS; MRS. NICOLE BECKFORD; MRS. ELLEN BIBEN,

                Defendants.

22-CV-2506 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued April 29, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims under 42 U.S.C. §§ 1983 and 1981 are dismissed under the doctrine of absolute judicial immunity. *See* 28 U.S.C. § 1915(e)(2)(B)(iii).

    Plaintiff's claims for injunctive relief are dismissed under the *Younger* abstention doctrine.

    The Court dismisses Plaintiff's claims for *habeas corpus* relief without prejudice.

    The Court declines to exercise supplemental jurisdiction over any state law claims Plaintiff may be asserting. *See* 28 U.S.C. § 1367(c)(3).

    Because Plaintiff makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

2

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 29, 2022
             New York, New York

                                             /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                        Chief United States District Judge